**Order filed, August 19, 2016.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-16-00567-CV**
_____

**JOHN D. GUIMOND AND MARY GRACE GUIMOND, INDIVIDUALLY AND AS NEXT FRIENDS OF NICOLAS R. GUIMOND, A MINOR,** Appellant

**V.**

**INTEGRATED GENETICS LAB CORP SPECIALTY TESTING GROUP, ET AL, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-30393**

---

## ORDER

The reporter's record in this case was due **August 16, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM